# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JAMIE INGRAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-cv-00026-SRB |
| ) | |
| DICK'S SPORTING GOODS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the parties' Joint Stipulation of Remand. (Doc. #4.) The parties agree that this case should be remanded back to the Circuit Court of Jackson County, Missouri. Upon review, and for good cause shown, the Joint Stipulation of Remand is GRANTED. It is hereby ORDERED that this case is remanded to the Circuit Court of Jackson County, Missouri, for all further proceedings. The Clerk of the Court is directed to mail a certified copy of this Order to the Clerk of the Circuit Court of Jackson County, Missouri.

    IT IS SO ORDERED.

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: January 25, 2022