# JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| JAMIE INGRAM,<br><br>       Plaintiff,<br><br>v.<br><br>DICK'S SPORTING GOODS, INC.,<br><br>       Defendant. | Case No.: 22-cv-00026-SRB |

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

this case is remanded to the Circuit Court of Jackson County, Missouri, for all further proceedings. The Clerk of the Court is directed to mail a certified copy of this Order to the Clerk of the Circuit Court of Jackson County, Missouri.

January 25, 2022                                                     Paige Wymore-Wynn
Date                                                                     Clerk of Court

                                                                                                    /s/ Tracey L. Richard
                                                                                                    (by) Deputy Clerk