

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jackson County Courthouse
Attn: Clerk's Office
415 E. 12th Street
Kansas City, MO 64106

9590 9402 6892 1104 9304 94

2. Article Number (Transfer from service label)

7019 1120 0000 1689 7189

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X *Matt Boehmke*
☐ Agent
☐ Addressee

B. Received by (Printed Name): Matt Boehmke
C. Date of Delivery: 1/27/22

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

4:22-cv-26-SRB #5

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt